Shorten Time Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 1/17/2024 at 2:02 PM PST and filed on 1/17/2024

**Case Name:** USA v. Thayer
**Case Number:** 2:21-cr-00053-GMN-VCF
**Filer:**
**Document Number:** 202(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Judge Gloria M. Navarro, as to Douglas Lee Thayer on 1/17/2024.**

**Pending before the Court is Petitioner Doulgas Lee Thayer's [197] Motion for Partial Summary Judgment. Petitioner's [197] Motion relates to claims he raised in his [168] Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. 2255. However, the Court denied without prejudice Petitioner's [168] Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. 2255 and gave Petitioner until January 18, 2024, to refile his motion. (Order, ECF No. [189]). Accordingly, IT IS HEREBY ORDERED that Petitioner's [197] Motion for Partial Summary Judgment is DENIED without prejudice. The Court will extend the time for Petitioner to refile his motion to vacate, set aside, or correction sentence under 28 U.S.C. 2255 to March 1, 2024. The Clerk of Court is instructed to mail a copy of this Order and the Court's [189] Order to the following address:**

**Doulgas Lee Thayer**

**#95109-509**

**Federal Medical Center PMB 4000**

**Rochester, MN 55903-4000**

**(Copies have been distributed pursuant to the NEF and sent to the defendant manually - JD)**

**2:21-cr-00053-GMN-VCF-1 Notice has been electronically mailed to:**

Justin James Bustos    jbustos@dickinsonwright.com, RN_litdocket@dickinson-wright.com, ashoults@dickinsonwright.com, lbrowning@dickinson-wright.com

Simon F. Kung    simonkung@paulhastings.com, CaseView.ECF@usdoj.gov, jackie.dolan@usdoj.gov

Jessica Oliva    jessica.oliva@usdoj.gov, caseview.ecf@usdoj.gov, jackie.bryant@usdoj.gov, tony.lopez@usdoj.gov

Jim W. Fang    jim.fang@usdoj.gov, anjelica.vazquez@usdoj.gov, caseview.ecf@usdoj.gov, jackie.bryant@usdoj.gov, tony.lopez@usdoj.gov

**2:21-cr-00053-GMN-VCF-1 Notice has been delivered by other means to:**